IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DALE R. ARNOLD,** : | |
| Petitioner : | |
| : | No. 1:24-cv-00837 |
| v. : | |
| : | (Judge Kane) |
| **PENNA PAROLE BOARD, et al.,** : | |
| Respondents : | |

# ORDER

**AND NOW**, on this 24th day of January 2025, upon consideration of pro se Petitioner Dale R. Arnold's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), motion for appointment of counsel (Doc. No. 5), "Concise Statement of Facts" (Doc. No. 6), "Motion in Support [of] Complaint" (Doc. No. 7), "Motion for Finalization" (Doc. No. 9), motion for summary judgment and statement of facts (Doc. Nos. 10, 11), motion for "Permission to Proceed Statement of the Amount of Damages" (Doc. No. 12), and motion for "Permission to Proceed for Judicial Review" (Doc. No. 15), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as to any claims in the petition unrelated to a purported denial of parole and **DISMISSED WITH PREJUDICE** as to Petitioner's claim that he was unlawfully denied parole;

2. The Clerk of Court shall **SERVE** a copy of this Order on Petitioner and Respondents, see R. 4, 28 U.S.C. foll. § 2254;

3. A certificate of appealability **SHALL NOT ISSUE**;

4. The motion for appointment of counsel (Doc. No. 5) is **DENIED AS MOOT**;

5. Petitioner's other motions (Doc. Nos. 7, 9, 10, 12, 15) are **DEEMED WITHDRAWN**; and

2

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania